

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00562-CR

Nicholas **FRIESENHAHN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-08-00086-CRK
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 6, 2019.

_____
Patricia O. Alvarez, Justice